UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINH MOC LY,<br><br>          Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al,<br><br>          Respondents. | Case No.  1:26-cv-00883-KES-HBK (HC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO UPDATE PETITIONER'S ADDRESS AND PROVIDE DUPLICATE COPIES |

Petitioner Vinh Moc Ly, an immigration detainee, is proceeding pro se on his petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Doc. 1, "Petition").  On February 5, 2026, the Court directed Respondent to file a response to the Petition (Doc. 8), and on March 9, 2026 Respondents filed an Answer (Doc. 11).  On March 13, 2026, the Court entered an order denying Petitioner's motion to appoint counsel without prejudice.  (Doc. 13).  On March 30, 2026, that Order was returned as "undeliverable, no longer at this address."  (*See* docket).

Upon further review, the Court notes that on the first page of the Petition, pro se Petitioner listed his address as "3232 Lyter Way, San Jose, CA, 95135."  (Doc. 1 at 1).  This address is reflected on the docket as Petitioner's address of record.  (*See* docket).  However, on the second page of the Petition, Petitioner indicates he is currently detained at the Golden State Annex

Detention Facility at 611 Frontage Road, McFarland, CA, 93250.  The Court's *sua sponte* search of the ICE online detainee locator system confirms that Petitioner is currently located at the Golden State Annex Detention Facility.[1]

Accordingly, it is hereby **ORDERED:**

1. The Clerk of Court is DIRECTED to:

    a. Update Petitioner's address to:

        Golden State Annex Detention Facility

        611Frontage Road

        McFarland, CA, 93250

    b. Send Petitioner a copy of the February 5, 2026 Order directing response (Doc. 8), Respondents' Answer (Doc. 11)[2], and the March 13, 2026 Order denying appointment of counsel (Doc. 13).

2. No later than **thirty (30) days** from the date of service of this Order, Petitioner shall file an optional reply to the Answer.  If no reply is filed, the matter will be deemed ripe for consideration.

Dated:    April 16, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* ICE online detainee locator system, https://locator.ice.gov/odls (last visited April 16, 2026).  The Court may take judicial notice of information on official government websites.  *McClure v. Ives*, 2010 WL 716193, at *3 (E.D. Cal. Feb. 26, 2010).

[2] The certificate of service accompanying the Answer reflects that it was send to Petitioner at the current address of record.  Thus, in an abundance of caution, the Court is direct to send a duplicate copy to Petitioner at the updated address.

2